# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Roy C. Rivas, Jr.

V.

Stuart J. Ryan, Bill Lockyer

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   04CV1154-J (JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This Court adopts the Report and Recommendation and denies the Petition in its entirety.

| June 20, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON June 20, 2007

04CV1154-J (JMA)